**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DON RAMEY LOGAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>                Defendant. | Civil Action No.: 1-22-cv-01316<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE** |

      Plaintiff and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. jointly stipulate subject to this Court's approval as follows:

      WHEREAS, Plaintiff originally filed this action in the United States District Court for the Southern District of New York;

      WHEREAS, pursuant to Defendants' request, and 28 U.S.C. §1404(a), all parties consent to transfer venue to the United States District Court for the Northern District of California ("N.D.C.A.");

      WHEREAS, the convenience of the parties and witnesses are likely to be advanced by transfer because travel to the N.D. CA. will be more convenient for Defendant and relevant evidence and witnesses are likely to be located within California;

      WHEREAS, the interests of justice and judicial economy are likely to be advanced by transfer to the N.D. CA.;

      NOW, THEREFORE, in consideration of the foregoing, Plaintiff and Defendant agree and hereby stipulate to:

Transfer this action to the United States District Court for the Northern District of California.

Dated: March 21, 2022

Respectfully submitted:

**SQUITIERI & FEARON, LLP**

By: /s/*Lee Squitieri*
     Lee Squitieri
305 Broadway
7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: lee@sfclasslaw.com

**DURIE TANGRI LLP**

By: */s/Joseph C. Gratz*
     Joseph C. Gratz
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 362-6666
Email: jgratz@durietangri.com

SO ORDERED:

_____
Hon. John G. Koetl, U.S.D.J.