# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−cv−01316−JGK

| | |
|---|---|
| Logan v. Meta Platforms, Inc. | Date Filed: 02/16/2022 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 03/21/2022 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Don Ramey Logan** *individually and on behalf of all others similarly situated* | represented by | **Olimpio Lee Squitieri** Squitieri & Fearon, LLP 305 Broadway Ste 7th Floor New York, NY 10007 212−421−6492 Fax: 212−421−6553 Email: lee@sfclasslaw.com *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Meta Platforms, Inc.** *formerly known as* Facebook, Inc. | represented by | **Joseph C. Gratz** Durie Tangri LLP 217 Leidesdorff Street San Francisco, CA 94111 (415) 362−6666 Fax: (415) 236−6300 Email: jgratz@durietangri.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2022 | Ï 1 | COMPLAINT against Meta Platforms, Inc. f/k/a Facebook, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC−25742118)Document filed by Don Ramey Logan..(Squitieri, Olimpio) (Entered: 02/16/2022) |
| 02/16/2022 | Ï 2 | **FILING ERROR – PDF ERROR** – CIVIL COVER SHEET filed..(Squitieri, Olimpio) Modified on 2/17/2022 (pc). (Entered: 02/16/2022) |
| 02/16/2022 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Meta Platforms, Inc. f/k/a Facebook, Inc., re: 1 Complaint. Document filed by Don Ramey Logan..(Squitieri, Olimpio) (Entered: 02/16/2022) |
| 02/17/2022 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Olimpio Lee Squitieri. The party information for the following party/parties has been modified: Don Ramey Logan, Meta Platforms, Inc. f/k/a Facebook, Inc.. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly; party text was omitted; alias party name was omitted;. (pc)** (Entered: 02/17/2022) |

| | | |
|---|---|---|
| 02/17/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Olimpio Lee Squitieri to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the form used for the civil cover sheet is not the S.D.N.Y. Civil Cover Sheet form dated October 1, 2020;. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil−cover−sheet.. (pc)** (Entered: 02/17/2022) |
| 02/17/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Olimpio Lee Squitieri. The following case opening statistical information was erroneously selected/entered: Cause of Action code 17:512; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 17:101; the Fee Status code has been modified to pd (paid);. (pc)** (Entered: 02/17/2022) |
| 02/17/2022 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 02/17/2022) |
| 02/17/2022 | Ï | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 02/17/2022) |
| 02/17/2022 | Ï | Case Designated ECF. (pc) (Entered: 02/17/2022) |
| 02/17/2022 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Meta Platforms, Inc...(pc) (Entered: 02/17/2022) |
| 02/17/2022 | Ï 5 | CIVIL COVER SHEET filed..(Squitieri, Olimpio) (Entered: 02/17/2022) |
| 03/08/2022 | Ï 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Meta Platforms, Inc. served on 2/23/2022, answer due 3/16/2022. Service was accepted by Daniel Rodriguez. Document filed by Don Ramey Logan..(Squitieri, Olimpio) (Entered: 03/08/2022) |
| 03/11/2022 | Ï 7 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge John G. Koeltl from Joseph C. Gratz dated March 11, 2022. Document filed by Meta Platforms, Inc...(Gratz, Joseph) (Entered: 03/11/2022) |
| 03/14/2022 | Ï 8 | ORDER granting 7 Letter Motion for Extension of Time to Answer re: 1 Complaint addressed to Judge John G. Koeltl from Joseph C. Gratz dated March 11, 2022. APPLICATION GRANTED. SO ORDERED. 1 Complaint. Meta Platforms, Inc. answer due 4/15/2022. (Signed by Judge John G. Koeltl on 3/14/2022) (vfr) (Entered: 03/14/2022) |
| 03/21/2022 | Ï 9 | PROPOSED STIPULATION AND ORDER. Document filed by Don Ramey Logan..(Squitieri, Olimpio) (Entered: 03/21/2022) |
| 03/21/2022 | Ï 10 | STIPULATION AND ORDER TO TRANSFER VENUE: THEREFORE, in consideration of the foregoing, Plaintiff and Defendant agree and hereby stipulate to: Transfer this action to the United States District Court for the Northern District of California. The Clerk is directed to transfer this case to the Northern District of California and to close the case on the docket of this Court. SO ORDERED. (Signed by Judge John G. Koeltl on 3/21/2022) (kv) (Entered: 03/21/2022) |
| 03/21/2022 | Ï | |

| | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of California.(kv) (Entered: 03/21/2022) |