DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:	213-992-4499
Facsimile:	415-236-6300

Attorneys for Defendant
META PLATFORMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON RAMEY LOGAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 4:22-cv-01847-YGR<br><br>**META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Ctrm:　1, 4th Floor<br>Judge:　Honorable Yvonne Gonzalez Rogers |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. ("Meta") states that it does not have a parent corporation and that, to its knowledge, no publicly held corporation owns more than ten percent of its stock as of March 31, 2021, the date set forth in its 2021 Proxy Statement.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  April 1, 2022                                               DURIE TANGRI LLP

By:            */s/ Allyson R. Bennett*
                   ALLYSON R. BENNETT

Attorneys for Defendant META PLATFORMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

          */s/ Allyson R. Bennett*
          ALLYSON R. BENNETT