DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA  90013
Telephone:	213-992-4499
Facsimile:	415-236-6300

Attorneys for Defendant
META PLATFORMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON RAMEY LOGAN, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.,<br>f/k/a FACEBOOK, INC.,<br><br>                                   Defendant. | Case No. 4:22-cv-01847-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT AND/OR FILE MOTION TO DISMISS**<br><br>Ctrm:   6, 17th Floor<br>Judge:  Honorable Charles R. Breyer |

Plaintiffs Don Ramey Logan, et al. ("Plaintiffs") and Defendant Meta Platforms, Inc., f/k/a Facebook, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 16, 2022, Plaintiffs initiated the instant action by filing a Complaint against Defendant in the Southern District of New York;

WHEREAS, on March 11, 2022, Defendant requested from the Court, with Plaintiffs' consent, a 30-day extension of time to respond to the Complaint;

WHEREAS, on March 14, 2022, the Court granted Defendant's request for an extension, ordering an extension of time to respond to April 15, 2022;

WHEREAS, on March 21, 2022, this action was transferred pursuant to the Parties' stipulation to the Northern District of California;

WHEREAS, on March 23, 2022, the Northern District of California issued an order setting June 20, 2022 as the last day for the Parties to conduct a conference pursuant to F.R. Civ. P. 26(f);

WHEREAS, on April 7, 2022, Plaintiffs' counsel informed Defendant's counsel that Plaintiffs intend to amend the Complaint;

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the aforementioned includes all previous time modifications in this case, whether by stipulation or Court order;

IT IS HEREBY STIPULATED AND AGREED by the Parties that pursuant to Civil Local Rule 6-2, Plaintiffs shall amend their Complaint by May 16, 2022, and Defendant shall have until 30 days after the filing of such amended complaint to respond. Such an extension of time may affect the initial case management conference currently scheduled for July 11, 2022.

Dated:  April 12, 2022                              DURIE TANGRI LLP

                                                    By:      /s/ Allyson R. Bennett
                                                            ALLYSON R. BENNETT

                                                    Attorneys for Defendant
                                                    META PLATFORMS, INC.

| | | |
|---|---|---|
| Dated: April 12, 2022 | | SQUITIERI & FEARON, LLP |
| | By: | */s/ Lee Squitieri* |
| | | LEE SQUITIERI |
| | | Attorneys for Plaintiff |
| | | DON RAMEY LOGAN |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), regarding signatures, I, Allyson R. Bennett, attest that concurrence in the filing of this document has been obtained.

                                                */s/ Allyson R. Bennett*
                                                ALLYSON R. BENNETT

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                */s/ Allyson R. Bennett*
                                                ALLYSON R. BENNETT

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT AND/OR FILE MOTION TO DISMISS / CASE NO. 4:22-CV-01847-YGR