LEE SQUITIERI
**SQUITIERI & FEARON, LLP**
305 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 421-6492 / Fax: (212) 421-6553
Email: lee@sfclasslaw.com

MARIO A. ISKANDER (SBN 327025)
**THE LAW OFFICES OF MARIO A. ISKANDER**
1110 E. 6th Street
Santa Ana, California 92701
Telephone:     (240) 439-1970
Email: mario@iskanderlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON RAMEY LOGAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., f/k/a FACEBOOK, INC., <br><br> Defendant. | Case No. 3:22-cv-01847-CRB |

**STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S <u>REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS</u>**

Plaintiff Donald Logan individually and on behalf of all others similarly situated and Defendant Meta Platforms, Inc., F/K/A Facebook, Inc., hereby stipulate and respectfully request that the Court extend the time for Plaintiff to file his opposition to Defendant's Motion to Dismiss Plaintiffs Second Amended Complaint on or before **February 23, 2023** and for Defendant to file their Reply Memorandum on or before **March 16, 2023**.

The parties to this action, through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on February 16, 2022, Plaintiffs initiated the instant action by filing a Complaint against Defendant in the Southern District of New York;

WHEREAS, on March 11, 2022, Defendant requested from the Court, with Plaintiffs' consent, a 30-day extension of time to respond to the Complaint;

WHEREAS, on March 14, 2022, the Court granted Defendant's request for an extension, ordering an extension of time to respond to April 15, 2022;

WHEREAS, on March 21, 2022, this action was transferred pursuant to the Parties' stipulation to the Northern District of California;

WHEREAS, on April 7, 2022, Plaintiffs' counsel informed Defendant's counsel that Plaintiffs intended to amend the Complaint;

WHEREAS on April 12, 2022, the parties stipulated that Plaintiffs would amend their Complaint by May 16, 2022, and Defendant would have 30 days to respond;

WHEREAS on April 15, 2022, the Court granted the parties' stipulation;

WHEREAS, Plaintiff filed a first amended complaint on May 16, 2022;

WHEREAS on June 1, 2022, the parties stipulated that Defendant shall have until July 27, 2022 to respond to Plaintiffs' 1st Amended Class Action Complaint due to upcoming personal travel, that Plaintiffs shall have until September 7, 2022 to oppose any such responsive motion, and Defendant shall have until September 21, 2022 to reply to any such opposition.

WHEREAS on June 7, 2022, the Court granted the parties' stipulation;

WHEREAS on July 27, 2022, Defendant filed a motion to dismiss;

WHEREAS on September 7, 2022, Plaintiffs filed an opposition to Defendant's motion to

dismiss;

WHEREAS on September 12, 2022, the parties stipulated to continue the hearing due to defense counsel's upcoming personal international travel;

WHEREAS on October 19, 2022, the Court vacated the motion to dismiss hearing;

WHEREAS, the Court granted Defendant's motion to dismiss on October 25, 2022 with leave to amend;

WHEREAS, the parties stipulated to, and the Court ordered a 21-day extension for Plaintiff's counsel to file a second amended complaint and a 28-day extension for Defendant to file a response;

WHEREAS, Plaintiff's Second Amended Complaint was filed on December 6, 2022

WHEREAS, Defendant filed its motion to dismiss on January 17, 2023 per the Court's Order, and the Court set a motion hearing for March 31, 2023 at 10:00am;WHEREAS, Plaintiff's counsel Lee Squitieri is currently scheduled to undergo surgery to left hip on February 3, 2023 and therefore requests an extension of time through February 23, 2023 to file Plaintiff's opposition;

WHEREAS, Plaintiff's counsel requested from Defendant's counsel, and Defendant's counsel agreed to an extension of time through February 23, 2023 to file Plaintiff's opposition to the Motion to Dismiss;

WHEREAS, counsel for Plaintiff agrees to an extension for Defendant to file a reply on or before March 16, 2023.

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the aforementioned includes all previous time modifications in this case, whether by stipulation or Court order;

IT IS HEREBY STIPULATED AND AGREED by the Parties that pursuant to Civil Local Rule 6-2, the dates for Plaintiff's opposition to and Defendant's reply in support of Defendant's Motion to Dismiss Second Amended Complaint shall be continued as set forth above.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 26, 2023 | */s/ Mario Iskander* |
| 3 | | MARIO A. ISKANDER (SBN 327025) |
| | | **THE LAW OFFICES OF MARIO A.** |
| 4 | | **ISKANDER** |
| 5 | | 1110 E. 6th Street |
| | | Santa Ana, California 92701 |
| 6 | | Telephone:    (240) 439-1970 |
| | | Email:          mario@iskanderlaw.com |
| 7 | | |
| 8 | | */s/ Lee Squitieri* |
| | | LEE SQUITIERI |
| 9 | | **SQUITIERI & FEARON, LLP** |
| 10 | | 305 Broadway, 7th Floor |
| | | New York, New York 10007 |
| 11 | | Tel: (212) 421-6492 / Fax: (212) 421-6553 |
| 12 | | Email: lee@sfclasslaw.com |
| 13 | | Attorneys for Plaintiff |
| 14 | | */s/ Allyson R. Bennett* |
| 15 | | ALLYSON R. BENNETT |
| | | **MORRISON FORESTER** |
| 16 | | 707 Wilshire Boulevard |
| | | Los Angeles, California 90017-3543 |
| 17 | | Telephone: 213-892-5200 |
| 18 | | Email: abennett@mofo.com |
| 19 | | Attorneys for Defendant |
| | | META PLATFORMS, INC |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |