1    LEE SQUITIERI                          JOSEPH C. GRATZ (CA SBN 240676)
     lee@sfclasslaw.com                     jgratz@mofo.com
2    SQUITIERI & FEARON LLP                 ANNIE A. LEE (CA SBN 328802)
     305 Broadway, 7th Floor                annielee@mofo.com
3    New York, NY 10007                     MORRISON & FOERSTER LLP
     Telephone:   (212) 421-6492            425 Market Street
4    Facsimile:   (212) 421-6553            San Francisco, CA 94105-2482
                                            Telephone:   (415) 268-7000
5    MARIO A. ISKANDER (SBN 327025)         Facsimile:   (415) 268-7522
     mario@iskanderlaw.com
6    THE LAW OFFICES OF MARIO A.            ALLYSON R. BENNETT (CA SBN 302090)
     ISKANDER                               abennett@mofo.com
7    1110 E. 6th St.                        MORRISON & FOERSTER LLP
     Santa Ana, CA 92701                    707 Wilshire Boulevard, Suite 6000
8    Telephone: (240) 439-1970              Los Angeles, CA 90017-3543
                                            Telephone:   (213) 892-5200
9                                           Facsimile:   (213) 892-5454

10   *Attorneys for Plaintiff*                     *Attorneys for Defendant Meta Platforms, Inc.*

11                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
12

13   DON RAMEY LOGAN, individually and on          Case No.    3:22-cv-01847-CRB
     behalf of all others similarly situated,
14                                                 **STIPULATION OF DISMISSAL**
                        Plaintiff,                 **WITH PREJUDICE AS TO**
15                                                 **DEFENDANT META PLATFORMS,**
            v.                                     **INC.**
16
     META PLATFORMS, INC.,                         Courtroom: 6, 17th Floor
17   f/k/a FACEBOOK, INC.,                         Judge:    Hon. Charles R. Breyer

18                      Defendant.

19

20          WHEREAS, this action was commenced as a putative class action under rule 23(b)(3);

21          WHEREAS, certification was never sought by formal motion;

22          WHEREAS, the parties have engaged in substantial discovery;

23          WHEREAS, Rule 41, pursuant to which dismissal herein is sought is subject to Rule

24   23(e);

25          WHEREAS, Rule 23(e) by its express language applies only to a "certified" class and

26   "settlements or voluntary dismissals that occur before class certification are outside the scope of

27

28   STIPULATION AND [PROPOSED]
     ORDER OF DISMISSAL WITH                                                          1
     PREJUDICE AS TO DEFENDANT
     META PLATFORMS, INC.

subdivision (e)," such that no notice to putative class members or other Rule 23 procedures is required. 7B Charles Alan Wright & Arthur R. Miller, Federal Prac. & Proc., Settlement, Voluntary Dismissal or Compromise of Class Actions – Purpose And Scope of Rule 23(e) § 1797 (3d ed. 2021).

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that:

All claims in this action against all Defendants be dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without costs to any party to this stipulation as against one another. No notice to putative class members or other Rule 23 procedures is required.

Respectfully submitted,

Dated: February 27, 2024        By: */s/ Lee Squitieri*
                                Lee Squitieri, Esq.
                                Mario A. Iskander, Esq.
                                *Attorneys for Plaintiff*

Dated: February27 , 2024        By: */s/ Joseph C. Gratz*
                                Joseph C. Gratz, Esq.
                                Allyson R. Bennett, Esq.
                                *Attorneys for Defendant Meta Platforms, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                          By: _____
                                    Honorable Charles R. Breyer
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT
META PLATFORMS, INC.

2

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Lee Squitieri, attest that concurrence in the filing of this document has been obtained.

Respectfully submitted,

Dated: February 27, 2024

By: */s/ Lee Squitieri*
Lee Squitieri, Esq.
Mario A. Iskander, Esq.
*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT
META PLATFORMS, INC.

3