1    LEE SQUITIERI
     lee@sfclasslaw.com
2    SQUITIERI & FEARON LLP
     305 Broadway, 7th Floor
3    New York, NY 10007
     Telephone:    (212) 421-6492
4    Facsimile:    (212) 421-6553

5    MARIO A. ISKANDER (SBN 327025)
     mario@iskanderlaw.com
6    THE LAW OFFICES OF MARIO A.
     ISKANDER
7    1110 E. 6th St.
     Santa Ana, CA 92701
8    Telephone: (240) 439-1970

9

JOSEPH C. GRATZ (CA SBN 240676)
jgratz@mofo.com
ANNIE A. LEE (CA SBN 328802)
annielee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

ALLYSON R. BENNETT (CA SBN 302090)
abennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

10   *Attorneys for Plaintiff*                    *Attorneys for Defendant Meta Platforms, Inc.*

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12

13   DON RAMEY LOGAN, individually and on
     behalf of all others similarly situated,
14
                    Plaintiff,
15
          v.
16
     META PLATFORMS, INC.,
17   f/k/a FACEBOOK, INC.,

18                  Defendant.

Case No.    3:22-cv-01847-CRB

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
DEFENDANT META PLATFORMS,
INC.**

ORDER
Courtroom: 6, 17th Floor
Judge:    Hon. Charles R. Breyer

19

20       WHEREAS, this action was commenced as a putative class action under rule 23(b)(3);

21       WHEREAS, certification was never sought by formal motion;

22       WHEREAS, the parties have engaged in substantial discovery;

23       WHEREAS, Rule 41, pursuant to which dismissal herein is sought is subject to Rule

24   23(e);

25       WHEREAS, Rule 23(e) by its express language applies only to a "certified" class and

26

27   "settlements or voluntary dismissals that occur before class certification are outside the scope of

28   STIPULATION AND [~~PROPOSED~~]
     ORDER OF DISMISSAL WITH
     PREJUDICE AS TO DEFENDANT
     META PLATFORMS, INC.

1

subdivision (e)," such that no notice to putative class members or other Rule 23 procedures is required. 7B Charles Alan Wright & Arthur R. Miller, Federal Prac. & Proc., Settlement, Voluntary Dismissal or Compromise of Class Actions – Purpose And Scope of Rule 23(e) § 1797 (3d ed. 2021).

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that:

All claims in this action against all Defendants be dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without costs to any party to this stipulation as against one another. No notice to putative class members or other Rule 23 procedures is required.

Respectfully submitted,

Dated: February 27, 2024      By: */s/ Lee Squitieri*
Lee Squitieri, Esq.
Mario A. Iskander, Esq.
*Attorneys for Plaintiff*

Dated: February 27 , 2024      By: */s/ Joseph C. Gratz*
Joseph C. Gratz, Esq.
Allyson R. Bennett, Esq.
*Attorneys for Defendant Meta Platforms, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 28, 2024      By: _____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT
META PLATFORMS, INC.

2